

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00710-CV

**IN THE INTEREST OF J.K.L.**, J.A.L., and J.C.L., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00056
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs are taxed in this appeal.

SIGNED February 15, 2017.

_____
Patricia O. Alvarez, Justice